1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

15
16
17
18
19
20
21

| CHRIS KOHLER, | ) Case No. |
| Plaintiff, | ) SACV09-00008- DMG(MLGx) |
| vs. | ) **ORDER RE: STIPULATION FOR** |
| LAKEVIEW VILLAGE CORP.. | ) **DISMISSAL    JS-6** |
| Defendants. | ) |

22
23
24
25
26
27
28

*Kohler v Lakeview Village Corp.*                                                   Order Re: Stipulation for Dismissal
Case No. SACV09-00008 JVS (MLGx)

1
2
3
4
5
6
7
8
...
28

<u>ORDER ON STIPULATION FOR DISMISSAL</u>

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.

Dated:  February 4, 2010

_____
Dolly M. Gee
United States District Court Judge